No. 644. Minnie Evvia Stadelman et al., Plaintiffs in Error, *v.* W. H. Miner et al. In error to the Supreme Court of the State of Oregon. Submitted January 2, 1918. Decided January 7, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Haire* v. *Rice*, 204 U. S. 291, 301; *Thomas* v. *Iowa*, 209 U. S. 258, 263; *Appleby* v. *Buffalo*, 221 U. S. 524, 529; *Manhattan Life Ins. Co.* v. *Cohen*, 234 U. S. 123, 134. *Mr. John M. Gearin* for plaintiffs in error. *Mr. Guy C. H. Corliss* for defendants in error.

---

No. 108. Harry Susman, Appellant, *v.* Board of Education of the School District of Pittsburgh. Appeal from the District Court of the United States for the Western District of Pennsylvania. Argued January 2, 1918. Decided January 14, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Witherspoon* v. *Duncan*, 4 Wall. 210, 217; *Fallbrook Irrigation District* v. *Bradley*, 164 U. S. 112; *Soliah* v. *Heskin*, 222 U. S. 522; (2) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis*, 233 U. S. 652, 658; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. Andrew G. Smith, Mr. W. H. Dodds* and *Mr. James M. Beck* for appellant. *Mr. J. Roger McCreary* and *Mr. Samuel S. Mehard* for appellee.